UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARNOLD MELENDEZ,<br>Movant,<br>-against-<br>UNITED STATES OF AMERICA,<br>Respondent. | 26 CV 7247 (VB)<br>19 CR 455 (VB)<br>ORDER TO ANSWER, 28 U.S.C. § 2255 |

Movant, currently incarcerated at Allenwood U.S.P. in White Deer, Pennsylvania, and proceeding *pro se*, seeks relief pursuant to 28 U.S.C. § 2255 in connection with his conviction in this Court in *United States v. Melendez*, No. 19-cr-455 (VB) (S.D.N.Y. Jan. 30, 2020). By order dated October 21, 2026, the Court directed Movant to show cause why the motion should not be dismissed as time-barred. (Doc. #8 in 26-cv-7247). By declaration dated November 11, 2026, and received by the Court on November 16, 2026, Movant sets forth arguments as to the why the Court should excuse his untimeliness.

The Court, having concluded that the motion brought under 28 U.S.C. § 2255 should not be summarily dismissed as being without merit, hereby ORDERS that:

The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

By no later than **January 20, 2027**, the U.S. Attorney's Office shall file an answer or other pleadings in response to the motion that **addresses both the timeliness of the motion and its merits**. By no later than **February 22, 2027**, Movant shall file his response. Absent further order, the motion will be considered fully submitted as of that date.

All further papers filed or submitted for filing must include the both the civil docket number and the criminal docket number and will be filed in both cases.

Chambers will mail a copy of this order to Melendez at the address on the docket in 26-cv-7247 (VB).

Dated: November 20, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge